*MADE JS-6*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| STEPHEN ELLIOTT, | Case No: CV 11-07642-GW(DTBx) |
|---|---|
| Plaintiff, | **ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |
| vs. | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | |
| Defendant. | |

**O R D E R**

The parties having stipulated that this matter has been resolved in its entirety and each side to bear their own attorneys fees and costs, this matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: April 12, 2012

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE